UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JAIRO JOSE CHAVARRIA SALGADO,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **PAMELA BONDI,** Attorney General; | § | |
| **KRISTI NOEM,** Secretary, U.S. | § | |
| Department of Homeland Security;[1] | § | |
| **TODD M. LYONS,** Acting Director of | § | **EP-26-CV-00784-DCG** |
| Immigration and Customs Enforcement; | § | |
| **MARISA FLORES,** Director, El Paso Field | § | |
| Office, Immigration and Customs | § | |
| Enforcement; | § | |
| **CURTIS TAYLOR,** Major General, U.S. | § | |
| Army at Fort Bliss (ERO El Paso Camp East | § | |
| Montana), | § | |
| | § | |
| ***Respondents*.** | § | |

## ORDER FOR PETITIONER TO PAY FILING FEE OR
## APPLY TO PROCEED *IN FORMA PAUPERIS*

Rosanna Alvarez seeks to step into Jairo Jose Chavarria Salgado's shoes as his "next friend" to challenge Mr. Chavarria Salgado's immigration detention pursuant to 28 U.S.C. § 2241.[2] Before the Court addresses the Petition or whether "next friend" standing is appropriate

---

[1] Although Secretary Noem will reportedly cease to hold office on March 31, 2026, the Court will wait to order substitution until her successor has been appointed. *See* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity . . . resigns[] or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name . . . The court may order substitution at any time . . . .").

[2] *See generally* Pet., ECF No. 1.

under these circumstances, either Ms. Alvarez or Mr. Chavarria Salgado must first pay the $5.00

filing fee or apply to proceed *in forma pauperis* (that is, without prepaying costs and fees).[3]

The Court therefore **ORDERS** that, by **April 2, 2026**, either Ms. Alvarez or Mr.

Chavarria Salgado must (1) pay the filing fee *or* (2) apply to proceed *in forma pauperis*.

The Court **WARNS** that a failure to comply with this Order within the time specified

may result in the dismissal of the Petition without further notice.[4]

The Clerk of Court **SHALL MAIL** this Order to:

Jairo Jose Chavarria Salgado
ERO El Paso Camp East Montana
6920 Digital Road
El Paso, TX 79936

and:

Rosanna Alvarez
502 Edmund Avenue, Apt. 1
St. Paul, MN 55103

---

[3] *See Pro Se Manual*, W.D. TEX., https://www.txwd.uscourts.gov/filing-without-an-attorney/pro-se-manual/ (last visited Mar. 20, 2026) (including link to *in forma pauperis* application); *see also FAQs for Pro Se Filers*, W.D. TEX., https://www.txwd.uscourts.gov/filing-without-an-attorney/faqs-for-pro-se-filers/ (last visited Mar. 20, 2026) (including instructions on paying filing fee).

[4] *See* FED. R. CIV. P. 41(b). *See also Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) ("A district court *sua sponte* may dismiss an action for failure to prosecute or to comply with any court order."); *Boudwin v. Graystone Ins. Co.*, 756 F.2d 399, 401 (5th Cir. 1985) ("This authority [under Rule 41(b)] flows from the Court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." (citing *Link v. Wabash R. R. Co.*, 370 U.S. 626 (1962))).

**So ORDERED and SIGNED this 20th day of March 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**