UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JAIRO JOSE CHAVARRIA SALGADO** | § | |
| | § | |
| | § | |
| ***Petitioner*,** | § | |
| **v.** | § | |
| | § | |
| **TODD BLANCHE,** | § | |
| *Acting Attorney General*; | § | |
| **MARKWAYNE MULLIN,** | § | |
| *Secretary, U.S. Department of Homeland* | § | |
| *Security*; | § | |
| **DAVID J. VENTURELLA,** | § | **EP-26-CV-00784-DCG** |
| *Senior Official Performing the Duties of the* | § | |
| *Director of ICE*; | § | |
| **MARISA FLORES,** | § | |
| *Director, El Paso Field Office, Immigration* | § | |
| *and Customs Enforcement*; | § | |
| **CURTIS TAYLOR,** | § | |
| *Major General, U.S. Army at Fort Bliss* | § | |
| *(ERO El Paso Camp East Montana)*, | § | |
| | § | |
| ***Respondents*.** | § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Petitioner Jairo Jose Chavarria Salgado's domestic partner Rosanna Alvarez is litigating

this case on Petitioner's behalf as his next friend.[1]  Because Ms. Alvarez isn't an attorney,[2] the

---

[1] *See, e.g.*, Pet., ECF No. 1, at 1, 13; *see also* Order Recognizing Next Friend, ECF No. 13, at 1 (concluding that "Ms. Alvarez has demonstrated that she has standing to serve as [Petitioner]'s next friend" in this litigation).

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *See* Pet. at 12 (Ms. Alvarez's statement that she is "[n]ot [a]n [a]ttorney").

Court ordered her to obtain counsel by July 24, 2026.[3]  The Court warned Ms. Alvarez that the Court would consider "dismiss[ing] this case without prejudice" if she failed to do so.[4]

The July 24, 2026 deadline has now expired, yet no attorney has appeared on Ms. Alvarez's behalf.

The Court therefore **DISMISSES** the above-captioned case **WITHOUT PREJUDICE**.

The Court thereby **CLOSES** the case.

The Clerk of Court shall also **MAIL** this Order to the following addresses:

Jairo Jose Chavarria Salgado
ERO El Paso Camp East Montana
6920 Digital Road
El Paso, TX 79936

Rosanna Alvarez
502 Edmund Ave.
Apt. 1
St. Paul, MN 55103

**So ORDERED and SIGNED this 28th day of July 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[3] *See* Order Recognizing Next Friend at 10.

[4] *See id.*